May 9, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

LEONCIO ESPAILLAT AKA LEONARDO ESTRELLA AKA FRANKLIN BRUGAL, Appellant

NO. 14-12-01078-CV                         V.

MICHAEL WEST, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF FLOYD WILSON, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on October 26, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Leoncio Espaillat aka Leonardo Estrella aka Franklin Brugal.

We further order this decision certified below for observance.